**Claude CYPERT v. STATE.**
8 Div. 86.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
·Affirmed.

**J. A. DEAN v. STATE.**
8 Div. 193.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

**Robert DICKEY v. STATE.**
8 Div. 152.

Court of Appeals of Alabama.
May 2, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

**Charlie FARRELL v. STATE.**
7 Div. 124.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

**Vernon FITTS et al. v. T. R. WALTON.**
7 Div. 119.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.

**Huston FORD v. CITY OF HUNTSVILLE.**
8 Div. 133.

Court of Appeals of Alabama.
May 16, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

**Charley FORD v. STATE.**
6 Div. 724.

Court of Appeals of Alabama.
April 30, 1935.

SAMFORD, Judge.
Appeal dismissed.

**Earl FUNDERBURG v. STATE.**
7 Div. 126.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Affirmed.